UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
COCROFT, STEVE § Case No. 8:11-BK-19439-MGW
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH ESPOSITO, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter  on         . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANGELA WELCH ESPOSITO, TRUSTEE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | SUNTRUST BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELA WELCH ESPOSITO | | | | | |
| ANGELA WELCH ESPOSITO | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co PO Box 10328 Des Moines, IA 50306 | | | | | |
| | Aurora Loan Services 10350 Park Meadows Dr St Littleton, CO 80124 | | | | | |
| | BAC Home Loans Service 450 American St Simi Valley, CA 93065 | | | | | |
| | BAC Home Loans Service 450 American St Simi Valley, CA 93065 | | | | | |
| | BAC Home Loans Service 450 American St Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans Service 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | BAC Home Loans Service 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | CFNA/Morgan Auto PO Box 81315 Cleveland, OH 44181 |  |  |  |  |  |
|  | Chase PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Citi CTB PO Box 22066 Tempe, AZ 85285 |  |  |  |  |  |
|  | Citi CTB PO Box 22066 Tempe, AZ 85285 |  |  |  |  |  |
|  | Citimortgage Inc PO Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Credit First NA 6275 Eastland Rd Brook Park, OH 44142 |  |  |  |  |  |
|  | FIA CSNA 4060 Ogletown Stanton Rd Newark, DE 19713 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB PO Box 276 Dayton, OH 45401 | | | | | |
| | GEMB/ GE Money Bank Low PO Box 103065 Roswell, GA 30076 | | | | | |
| | GEMB/Care Credit PO Box 981439 El Paso, TX 79998 | | | | | |
| | GEMB/Dillards PO Box 981400 El Paso, TX 79998 | | | | | |
| | GEMB/GE Money Bank PO Box 103065 Roswell, GA 800-444-1408 | | | | | |
| | GEMB/JC Penney DC PO Box 981400 El Paso, TX 79998 | | | | | |
| | GEMB/JCP PO Box 984100 El Paso, TX 79998 | | | | | |
| | GEMB/Sams PO Box 965005 Orlando, FL 32896 | | | | | |
| | GMAC Mortgage PO Box 4622 Waterloo, IA 50704 | | | | | |
| | GTE FCU Visa/MC PO Box 10550 Tampa, FL 33679 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GTE FCU Visa/MC PO Box 10550 Tampa, FL 33679 | | | | | |
| | GTE Federal Credit Union 711 E Henderson Ave Tampa, FL 33602 | | | | | |
| | GTE Federal Credit Union 711 E Henderson Ave Tampa, FL 33602 | | | | | |
| | GTE Federal Credit Union 711 E Henderson Ave Tampa, FL 33602 | | | | | |
| | HSBC/BSBUY PO Box 15519 Wilmington, DE 19850 | | | | | |
| | Havertys Furniture Co PO Box 5787 Chattanooga, TN 37406 | | | | | |
| | Innovative Mrchnt Sltn 21215 Burbank Blvd Suite 1 Woodland Hills, CA 91367 | | | | | |
| | MCYDSNB 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marlin Leasing/Recovery 300 Fellowship ROA Mt. Laurel, NJ 08054 | | | | | |
| | Merchants Assoc Cool D 134 S Tampa St Tampa, FL 33602 | | | | | |
| | Merchants Assoc Cool D 134 S Tampa St Tampa, FL 33602 | | | | | |
| | NCO FIN/51 PO Box 13574 Philadelphia, PA 19101 | | | | | |
| | Preferred Collection 100 N Ashley Dr Suite 600 Tamoa, FL 33602 | | | | | |
| | Region/AMS PO Box 216 Birmingham, AL 35201 | | | | | |
| | Region/AMS PO Box 216 Birmingham, AL 35201 | | | | | |
| | Region?AMS PO Box 216 Birmingham, AL 35201 | | | | | |
| | Regions Bank 13535 Feather Sound Blvd Suite 325 Clearwater, FL 34622 | | | | | |
| | Sears/CBSD PO Box 6189 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/CBSD PO Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/CBSD PO Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Springleaf Financial S 600 N Royal Ave Evansville, IN 47715 | | | | | |
| | Sterling Capitol MTG C 13101 Northwest FWY STE Houston, TX 77040 | | | | | |
| | Suntrust BK Central FL PO Box 4986 Orlando, FL 32802 | | | | | |
| | Suntrust BK Nature COA 1 E Jefferson St Brooksville, FL 34601 | | | | | |
| | Suntrust Mid-Atlantic PO Box 27172 Richmond, VA 23261 | | | | | |
| | TCRD/CBSD PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | THD/CBSD PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | THD/CBSD PO Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vericrest PO Box 24610 Oklahoma City, OK 73124 | | | | | |
| | WEBBANK/DFS 1 Dell Way Round Rock, TX 78682 | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000001A | GTE FEDERAL CREDIT UNION | | | | | |
| 000003 | SUNTRUST BANK | | | | | |
| 000006 | CAPITAL ONE NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-19439  MGW  Judge: MICHAEL G. WILLIAMSON | Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | COCROFT, STEVE | Date Filed (f) or Converted (c): 10/18/11 (f) |
| | | 341(a) Meeting Date: 11/18/11 |
| For Period Ending: | 05/21/13 | Claims Bar Date: 04/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12702 N. 20th Street Tampa, FL. 33612 | 34,000.00 | 0.00 | | 0.00 | FA |
| 2. 27021 Hollybrook Trail Wesley Chapel, FL. 33544 keep | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. 6203 N. Oran Street Tampa, FL. 33612 | 160,000.00 | 0.00 | | 0.00 | FA |
| 4. $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 5. GTE Fed. Credit Union Checking: $300.00 Sun Trust | 700.00 | 50.00 | | 50.00 | FA |
| 6. Shirts, shoes, pants, clothes, suits, hats, under | 600.00 | 0.00 | | 0.00 | FA |
| 7. Lexus 300 Es '99 120,000 miles (Personal Property) | 6,000.00 | 2,000.00 | | 2,000.00 | FA |
| 8. Desk ($150.00) Computer (Dell) $150.00 Fax/ Copier | 300.00 | 50.00 | | 50.00 | FA |
| 9. Hand Tool Machines | 500.00 | 50.00 | | 50.00 | FA |
| 10. CONTINGENT CLAIMS (u) Rent check from 12702 n 20th Street | 0.00 | 0.00 | | 0.00 | FA |
| 11. CONTINGENT CLAIMS (u) Rent check from 6203 N. ORan Street | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $362,150.00    $2,150.00    $2,150.00

Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded. Issues: veh over, collect rent
January 10, 2012, 11:53 am -letter to attoreny and debtor for rent check, 2150 overage -sent letters
to address for rent collection to come to trustee.
-2/12 email from d atty, responded owes 2150.00 asap.
-2/12 email from d atty re status, emialed back need $
-3/22/12 atty emailed for status, responded need 2150 over  tickle t/o
March 26, 2012, 01:03 pm Filed Mot for t/o
-3/26/12 emails from d atty want pymt plan, pulled files (persona l - this case and related business
case 11-19443) and sent detailed email in response to atty as to current issues:
They are:  need rent from dof if any; over, need to start bb pymts, need business bank stmts
March 29, 2012, 10:36 am rec'd email (in case) from attny that D will start making payments this
week.
-4/3/12 email from d and atty d mailing pymts wants bb
April 16, 2012, 02:45 pm Filed order on t/o BZDG7WBVDC
April 17, 2012, 05:30 pm -total overage of personal is 5700 after the 750 was received.  Total
overage of business is 4.000.  Total overage is 9700..lump of $7760.0, 4 paymetns of $2450.00 or 6
payments of 1641.67 ..payment by May 7.  Never received rent checks or proof of insurance.  sent
ltr. see related business case  11-19443
-4/20/12 msg from d rent not an asset, no on there no one paying, req proof...
-6/12/12 rev case, making pymts
-6/12/12 rec'd ltr from d atty checking status, emailed back, d making pymts appears to be on track
now.

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-19439  MGW  Judge: MICHAEL G. WILLIAMSON | Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | COCROFT, STEVE | Date Filed (f) or Converted (c): 10/18/11 (f) |
| | | 341(a) Meeting Date: 11/18/11 |
| | | Claims Bar Date: 04/06/12 |

-8/12 rev case, d not paying, emailed atty need $ or i'll file mot, tickle mot t/o
October 06, 2012 Emailed D's attorney need the $ for veh or need OTSC the vehicle in 1 week ortherwise filing OTSC
10-12 ALL $ IN
October 23, 2012, 12:22 pm Prepare for close
October 23, 2012, 01:33 pm File RNS
October 23, 2012, 01:44 pm Claims review
October 23, 2012, 03:37 pm filed objection to claim 6
-10/25/12 TT creditor, they will amend claim
October 29, 2012, 02:13 pm Claim 6 has been amended claim is now okay, w/d objection prepare for close
November 19, 2012, 11:45 am File BOS and prepare for close
November 21, 2012, 12:09 pm TFR
January 29, 2013, 11:57 am -NOTICE
February 28, 2013, 08:19 am -ECOD
April 22, 2013, 12:49 pm workign on TDR, need April Bank statement

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-19439 -MGW | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | COCROFT, STEVE | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2572  Checking Account |
| Taxpayer ID No: | *******4692 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/12 | 7 | Cocrost | pymt | 1129-000 | 750.00 | | 750.00 |
| 06/12/12 | 7, 8, 9 | Cocroft | pymt | 1129-000 | 700.00 | | 1,450.00 |
| 06/12/12 | 5, 7 | Cocroft | pymt | 1129-000 | 700.00 | | 2,150.00 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 2,147.54 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,142.62 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,137.70 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,132.78 |
| 03/14/13 | 003001 | ANGELA WELCH ESPOSITO<br>12157 W. Linebaugh Ave PMB 401<br>Tampa, FL  33626 | Chapter 7 Compensation/Fees | 2100-000 | | 537.50 | 1,595.28 |
| 03/14/13 | 003002 | ANGELA WELCH ESPOSITO<br>12157 W. Linebaugh Ave PMB 401<br>Tampa, FL  33626 | Chapter 7 Expenses | 2200-000 | | 180.42 | 1,414.86 |
| 03/14/13 | 003003 | GTE Federal Credit Union<br>PO BOX 172599<br>Tampa, FL 33672 | Claim 000001A, Payment 3.77866% | 7100-000 | | 994.62 | 420.24 |
| 03/14/13 | 003004 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Claim 000003, Payment 3.77863% | 7100-000 | | 309.00 | 111.24 |
| 03/14/13 | 003005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 3.77864% | 7100-000 | | 89.07 | 22.17 |
| 03/14/13 | 003006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.77952% | 7100-000 | | 17.67 | 4.50 |
| | | | Page Subtotals | | 2,150.00 | 2,145.50 | |

Ver: 17.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-19439 -MGW | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | COCROFT, STEVE | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2572  Checking Account |
| Taxpayer ID No: | *******4692 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/13 | 003007 | United States Bankruptcy Court  FL | REMITTED TO COURT  DIVIDENDS REMITTED TO THE COURT  ITEM #   CLAIM #   DIVIDEND  ================================  6      000006       4.50 | 7100-001 | | 4.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,150.00   2,150.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00       0.00 | |
| Subtotal | 2,150.00   2,150.00 | |
| Less:  Payments to Debtors | 0.00 | |
| Net | 2,150.00   2,150.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2572 | 2,150.00 | 2,150.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,150.00 | 2,150.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      4.50

Ver: 17.02d